## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **PENTECOSTAL CHURCH OF GOD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 12-CV-901-R** |
| | ) | |
| **GUIDEONE MUTUAL INSURANCE COMPANY,** | ) | |
| | ) | |
| | ) | |
| **Defendants** | ) | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Pentecostal Church of God and Defendant, GuideOne Mutual Insurance Company, by and through their respective counsel and pursuant to Rule 41(a)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal with prejudice of Plaintiff's claims against Defendant in their entirety. Each party shall bear its own attorney's fees and costs.

/s/ Joshua C. Stockton
Joshua C. Stockton
Brown and Gould, PLLC
136 NW 10
Oklahoma City, OK 73103
405/235-4500
405/235-4507 fax
jstockton@browngouldlaw.com
*Attorney for Plaintiff*

/s/ Michael Woodson
Michael Woodson, OBA No. 16347
Stephanie L. Khoury, OBA No. 22661
7 S. Mickey Mantle Drive, Second Floor
Oklahoma City, OK 73104-2458
405/272.0322
405/235.4654 fax
*Attorneys for Defendant,*
*GuideOne Mutual Insurance Company*